# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| FILED ☒ | LODGED ☐ |
|---|---|
| **Nov 17 2023** | |
| CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA | |

## EXHIBIT LIST --- CRIMINAL

☒ Status Conference          ☐ Non-Jury Trial          ☐ Jury Trial

USA vs. Valdez, Jorge
*Last, First, Middle Initial*

CR-23-00727-JJT
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT          ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | Valdez MCAO Docket |
| 2. | | | Minute Entry – Not Guilty Arraignment |
| 3. | 11-17-23 | 11-17-23 | Goodyear Police Department Reports |
| 4. | | | |
| 5. | | | |